## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| **KIMMIE DENISE MCCLENDON** | Case No.: 23-51460-KMS |
| Debtor. | Chapter: 7 |

| | |
|---|---|
| **KIMMIE DENISE MCCLENDON** | **PLAINTIFF** |
| v. | Adv. Proc. No.: 23-06040-KMS |
| **UNITED STATES DEPARTMENT OF EDUCATION** | **DEFENDANT** |

## NOTICE OF APPEARANCE

James E. Graves, III, Assistant United States Attorney, hereby enters his appearance as counsel for the Defendant.

Date: July 1, 2025

> Patrick A. Lemon
> Acting United States Attorney for the
> Southern District of Mississippi
>
> *s/ James E. Graves, III*
> James E. Graves, III, (MS Bar No. 102252
> Assistant United States Attorney
> 501 East Court Street, Suite 4.430
> Jackson, Mississippi 39201
> Telephone: (601) 965-4480
> Facsimile: (601) 965-4032
> Email: James.Graves@usdoj.gov

## CERTIFICATE OF SERVICE

I, James E. Graves, III, Assistant U.S. Attorney, hereby certify that, on July 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*s/ James E. Graves, III*
James E. Graves, III
Assistant United States Attorney
