# Proceeding Minutes / Proceeding Memo

**Case #:** 23-06040   **Case Name:** McClendon v. US Department of Education

**Set:** 07/10/2025 09:00 am   **Chapter:**   **Type:** ap   **Judge:** Katharine M. Samson

**matter** Notice of Status Conference (RE: related document(s)1 Complaint filed by Plaintiff Kimmie Denise McClendon)  (Dkt. #6)

---

Minute Entry Re: (related document(s): [6] Notice of Status Conference) Dismissal order to be submitted by parties. Order due by 07/24/2025. Email received from Rollins. (mcc)